**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| ADRIANA ERNESTINA PEREZ MORENO,<br><br>Petitioner,<br><br>v.<br><br>JIM C. ARNOTT, Warden, Greene County<br>Jail, et al.,<br><br>Respondents. | Case No. 26-cv-00406-SRB |

## <u>ORDER</u>

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner (Doc. #1) and a response to Petitioner's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Doc. #2) by no later than May 15, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d. Whether a warrant was issued for Petitioner's arrest, and if so, Respondents shall attach the warrant to their answer.

3. Petitioner shall file a Reply to Respondents' answer and response by no later than May 18, 2026.  The reply shall address the specific arguments raised in the answer.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Respondents are ENJOINED from moving Petitioner outside of Missouri until further order of the Court, so that Petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Missouri will deprive this Court of jurisdiction over the petition.  If petitioner has already been removed from Missouri, respondents are ORDERED to immediately return petitioner to Missouri.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated:  May 12, 2026

2